UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN HEAD AND SPINE
INSTITUTE P.C. (Myrtle Spencer), et al.,

    Plaintiff,

-vs-                              Case No: 20-cv-12265
                                    Hon:  Matthew F. Leitman

PIONEER STATE MUTUAL
INSURANCE COMPANY,

    Defendant,

_____

## STIPULATED ORDER DISMISSING MEDICARE SECONDARY PAYER ACT CLAIM AND REMANDING MATTER TO MACOMB COUNTY CIRCUIT COURT

This matter having come before the Court upon the agreement and stipulation of the parties and this Court being otherwise fully advised upon the premises;

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that Count III, Right of Action Under Medicare Secondary Payer Act, of Intervening Plaintiff, Beaumont Health's Amended Intervening Complaint, is hereby dismissed with prejudice and without costs.

**IT IS FURTHER ORDERED**, that since the Medicare Secondary Payer Act Claim is dismissed and there is no longer a federal question for this Court to address

pursuant to 28 USC 1331, this matter is remanded to the Macomb County Circuit Court for further proceedings.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 18, 2020

Stipulated and Agreed to by:

/s/ Martin A. Hogg (with consent 9/17/20 JFF)
Martin A. Hogg (P76312)
**Miller & Tischler, P.C.**
Attorney for MHSI
28470 W. 13 Mile Road, Suite 300
Farmington Hills, MI 48334
(248) 945-1040
mhogg@msapc.net

/s/ Stuart A. Fraser V (with consent 9/17/20 JFF)
Stuart A. Fraser V (P73686)
**Fraser & Souweidane, P.C.**
Attorney for Plaintiff Spencer
10 S. Main, Suite 302
Mt. Clemens, MI 48043
(586)463-0100 | F: (586-469-2506
stufraserv@fsattorneys.com

/s/ Joshua  Havens (with consent 9/17/20 JFF)
Joshua Havens (P75678)
**Bruce K. Pazner, P.C.**
Attorney for Intervening Plaintiff Beaumont
15200 E. Jefferson Avenue, Suite 104
Grosse Pointe Park, MI 48230
(313) 822-2244 | F: (313) 822-6097
bruce@paznerlaw.com

/s/ Joseph F. Fazi
Joseph F. Fazi (P73143)
**kallas & henk, pc**
Attorney for Pioneer State
43902 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48302
(248) 335-5450 ext. 220 | F: (248) 335-9889
jfazi@kallashenk.com